**No. 25-336**

## IN THE UNITED STATES COURT OF APPEAL
## FOR THE NINTH CIRCUIT

DEVONTE STEPHENSON, et al.
*Plaintiffs-Appellees,*

vs.

JEFFREY MCKEE*,*
*Defendant/Appellant.*

On Appeal from the United States District Court for the
Central District of California
Case No. 5:21-cv-00526-JAK-DTB
Judge: John A. Kronstadt

## STIPULATED MOTION TO VOLUNTARILY DISMISS
## APPEAL

Lee H. Roistacher, Esq.
(SBN 179619)
Kimberly A. Sullivan, Esq.
(SBN 317857)
Dean Gazzo Roistacher LLP
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Tel.: (858) 380-4683
Fax: (858) 492-0486
E-mail: lroistacher@deangazzo.com
        ksullivan@deangazzo.com

1

Pursuant to Federal Rule of Appellate Procedure 42(b), appellant and appellees hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: April 3, 2025          Law Offices of Dale K. Galipo

By: */s/ Dale G. Galipo*
_____

Dale K. Galipo
Cooper Alison-Mayne
Attorneys for
Plaintiffs/Appellees
Email: dalekgalipo@yahoo.com
CMayne@galipolaw.com

Dated: April 3, 2025          Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
_____

Lee H. Roistacher
Kimberly A. Sullivan
Attorneys for
Defendant/Appellee
Jeffrey McKee
Email:
lroistacher@deangazzo.com
ksullivan@deangazzo.com

2